■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT ZACHARY, Appellant. [720 NYS2d 814] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rios, J.), rendered December 1, 1998, convicting him of rape in the first degree and sexual abuse in the first degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contentions, many of which are unpreserved for appellate review, the People's summation was not improper (*see, People v Halm,* 81 NY2d 819; *People v Robinson,* 260 AD2d 508). Ritter, J. P., Altman, Friedmann and Smith, JJ., concur.

(February 26, 2001)

■ RICHARD ALEXANDER, Appellant, v GINGER L. ROGERS et al., Respondents. [720 NYS2d 829] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Nassau County (Lally, J.), dated April 10, 2000, which granted the defendants' motion for summary judgment dismissing the complaint on the ground that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d).

Ordered that the order is affirmed, with costs.

In opposition to the defendants' prima facie showing that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d), the plaintiff failed to raise a triable issue of fact. Thus, summary judgment dismissing the complaint was properly granted to the defendants (*see, Licari v Elliott,* 57 NY2d 230). O'Brien, J. P., Friedmann, Goldstein and Smith, JJ., concur.